# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel: (516) 877-1234   Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

Sean Constable, Esq.
Admitted in NY & MA

Michael Flynn, Esq., Of Counsel

Offices throughout the Northeast
Toll Free: (866) 877-FELA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/24/2020

January 23, 2020

**MEMO ENDORSED**

Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: GONZALEZ V. METRO-NORTH COMMUTER RAILROAD
        18 Civ. 7660 (RA)

Dear Magistrate Judge Parker:

I am plaintiff's counsel in the above-entitled case scheduled for a settlement conference on Monday, January 27, 2020 at 10:00 AM. I have been advised by defense counsel that not only are they reducing the settlement offer, but question the point of appearing for another conference. Since it appears that the parties' settlement positions remain severely distant, it is respectfully requested that the conference on Monday be cancelled and the parties be referred back to Judge Ronnie Abrams for trial.

In the alternative, it is respectfully requested that plaintiff, Neil Gonzalez, need not attend in person but permit him to be available by telephone, if necessary.

Respectfully submitted,

Marc T. Wietzke

MW:E
Cc: W

---

**The Settlement Conference in this matter scheduled for Monday, January 27, 2020 at 10:00 a.m. is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234.**

SO ORDERED:

Katharine H. Parker
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
01/24/2020