UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/28/20.

NEIL GONZALEZ,

        Plaintiff,

v.

METRO-NORTH COMMUTER RAILROAD,

        Defendant.

No. 18-CV-7660 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court will hold a conference call with the parties on Thursday, January 30, 2020 at 12:00 p.m. to discuss proposed trial dates. The parties shall jointly call (212) 805-0162 at that time.

SO ORDERED.

Dated:   January 28, 2020
          New York, New York

Ronnie Abrams
United States District Judge