| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>**ELECTRONICALLY FILED**<br>DOC#:<br>**DATE FILED:** 3-30-20 |

NEIL GONZALEZ,

                Plaintiff,

        v.

METRO-NORTH COMMUTER RAILROAD,

                Defendant.

18-CV-7660 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Pursuant to the Southern District of New York's Standing Order of March 27, 2020 regarding the suspension of jury trials until June 1, 2020, *see* 20 Misc. 172, the trial in this action—currently scheduled to begin on May 26, 2020—is hereby adjourned. No later than April 10, 2020, the parties shall file a letter proposing alternative trial dates.

SO ORDERED.

Dated:    March 30, 2020
            New York, New York

                                        RONNIE ABRAMS
                                        United States District Judge