UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC-SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC#:                                │
│ DATE FILED:  6-1-20                  │
└─────────────────────────────────────┘
```

NEIL GONZALEZ,

                        Plaintiff,                    18-CV-7660 (RA)

        v.                                            ORDER

METRO-NORTH COMMUTER
RAILROAD,

                        Defendant.


RONNIE ABRAMS, United States District Judge:

        The Court will hold a brief telephone conference on June 4, 2020 at 12:00 p.m. to discuss

scheduling in this case.  The parties shall use the dial-in information provided below to call in to

the conference:

        Call-in Number: (888) 363-4749
        Access Code: 1015508

        If it is not feasible for the parties to appear telephonically at that time, they should jointly

notify the Court by letter filed on ECF and include proposed alternative dates for this conference.

SO ORDERED.

Dated:    June 1, 2020
          New York, New York

                                        _____
                                        RONNIE ABRAMS
                                        United States District Judge