UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEIL GONZALEZ,

                Plaintiff,

       v.

METRO-NORTH COMMUTER RAILROAD,

                Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6-15-20

18-CV-7660 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

During the status conference on June 4, 2020, the Court directed the parties to file, no later than June 12, 2020, a joint letter indicating whether they consent to a bench trial, and if so, whether they would be willing to conduct the bench trial remotely, as well as proposing alternative trial dates for the rest of the year. As of today's date, the parties have not submitted their joint letter. No later than June 17, 2020, the parties shall file a joint letter responding to these questions.

SO ORDERED.

Dated:    June 15, 2020
             New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge