UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-28-20
```

NEIL GONZALEZ,

               Plaintiff,

     v.

METRO-NORTH COMMUTER RAILROAD,

               Defendant.

18-CV-7660 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court will hold a brief telephone conference on September 1, 2020 at 10:30 a.m. to discuss scheduling in this case. The parties shall use the dial-in information provided below to call in to the conference:

    Call-in Number: (888) 363-4749
    Access Code: 1015508

This conference line is open to the public. If it is not feasible for the parties to appear telephonically at that time, they should jointly notify the Court by letter filed on ECF and include proposed alternative dates for this conference.

SO ORDERED.

Dated:    August 28, 2020
             New York, New York

_____
RONNIE ABRAMS
United States District Judge