# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel:  (516) 877-1234   Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

Offices throughout the Northeast
Toll Free: (866) 877-FELA

_____
Sean Constable, Esq.
Admitted in NY & MA

_____
Michael Flynn, Esq., Of Counsel

August 28, 2020

> Application granted.  The conference scheduled for September 1, 2020 is hereby adjourned to September 3, 2020 at 10:30 a.m.
>
> SO ORDERED.
>
> Hon. Ronnie Abrams
> 8/31/2020

Judge Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:  GONZALEZ V. METRO-NORTH COMMUTER RAILROAD
        18 Civ. 7660 (RA)

Dear Judge Abrams:

I am plaintiff's counsel in the above-entitled case scheduled for a telephone conference on Tuesday, September 1, 2020 at 10:30 AM.  I am writing to request a brief adjournment since I am scheduled to be attending a college tour with my daughter and family on Tuesday morning from 9:00AM to 12:00PM.

We sought consent from defense counsel but did not hear back by close of business.  I can be available on the following days:

- September 3, 2020
- September 8, 2020 after 1:00 PM
- September 10, 2020 after 2:00 PM
- September 11, 2020 after 2:00 PM
- September 14, 2020 after 1:00 PM

Consequently, it is respectfully requested that the telephone conference be rescheduled to a date and time listed above or to a date and time convenient to the Court.

Respectfully submitted,

Marc T. Wietzke

MW:EF
Cc:  William Blumenschein, Esq.