```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/02/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEIL GONZALEZ,

                          Plaintiff,

             v.

METRO-NORTH COMMUTER RAILROAD,

                          Defendant.

18-CV-7660 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       On Friday, March 5, 2021 at 1:30 p.m., the Court will hold oral argument on Plaintiff's motion *in limine* to preclude testimony regarding Mr. Gonzalez's termination, as well as Defendant's assertions that Plaintiff should be precluded from claiming lost future wages. In addition to discussing the arguments contained in the parties' submissions to date, the Court would also like to discuss whether the parties may be amenable to resolving this evidentiary dispute by way of a stipulation, such as one to the effect that Mr. Gonzalez left the employ of Metro-North in September 2017 for reasons unrelated to his alleged injury. The Court is further open to hearing alternative proposals.

       The conference will be held by telephone, and can be accessed using the following information: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

       In addition, the final pre-trial conference (FPTC) scheduled for March 11, 2021 at 3:00 p.m. will be held by videoconference, using the same conference line described above. The Court will contact the parties in advance of the FPTC regarding the videoconferencing technology.

SO ORDERED.

Dated:     March 2, 2021
              New York, New York

                                                         Ronnie Abrams
                                                         United States District Judge