USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/05/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEIL GONZALEZ,

                Plaintiff,

    v.

METRO-NORTH COMMUTER RAILROAD,

                Defendant.

18-CV-7660 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As noted at today's conference, counsel for both parties are directed to speak with their clients, and to spend at least one hour discussing the possibility of settlement. If the parties find it would be helpful to have another settlement conference before either Magistrate Judge Parker or the Court, they shall advise the Court as soon as possible. Also as noted at the conference, no later than the close of business on Monday, March 8, 2021, the parties shall file a status letter regarding (a) whether the parties were able to reach a settlement agreement, and (b) their amenability to a stipulation regarding the Plaintiff's departure from Metro-North.

SO ORDERED.

Dated:    March 5, 2021
             New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge