```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/09/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEIL GONZALEZ,

                Plaintiff,

v.

METRO-NORTH COMMUTER RAILROAD,

                Defendant.

18-CV-7660 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In advance of the final pretrial conference scheduled for Thursday, March 11 at 3:00 p.m., the parties are directed to submit the following by 2:00 p.m. on Wednesday, March 10, 2021:

- Defendants shall submit copies of the Defendant's exhibits to which Plaintiff objects, *see* Dkt. 23 at 7, as well as a one-paragraph explanation for why each exhibit is admissible, citing relevant supporting authority.
- Plaintiff shall submit a one paragraph explanation for each of its objections, *see* Dkt. 23 at 7, citing relevant supporting authority.
- The parties shall also each include a one paragraph explanation of their positions regarding the testimony of Alan Morton, *see* Dkt. 23 at 6.

At the FPTC, which will be held by videoconference, the Court will address these evidentiary issues as well as rule on the pending motions *in limine*.

Additionally, no later than Friday, March 12, the parties shall submit revised proposed jury instructions relating to damages, in light of the recent changes in the nature of the damages sought by Plaintiff.

SO ORDERED.

Dated:    March 9, 2021
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge