UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEIL GONZALEZ,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>METRO-NORTH COMMUTER RAILROAD,<br><br>　　　　　　　　Defendant. | No. 18-CV-7660 (RA)<br><br>Order |

RONNIE ABRAMS, United States District Judge:

On March 17, 2021, trial in this action will commence, following the selection of the jury, in Courtroom 318 of the Thurgood Marshall United States Courthouse. Seating for spectators in the courtroom itself is extremely limited in light of pandemic-related safety precautions. Members of the public and press may access the trial remotely using the following call-in number: Call-in Number: (888) 363-4749; Access Code: 1015508.

SO ORDERED.

Dated:　　　March 16, 2021
　　　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge