UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X

NEIL GONZALEZ,

                Plaintiff,

v.

METRO-NORTH COMMUTER RAILROAD,

                Defendant.

------------------------------------ X

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY
FILED
DOC#:
DATE FILED: 03/22/2021
```

**JUDGMENT**

Case No.: 18-CV-7660 (RA)

The issues in the above-entitled action having been brought on for trial before the Honorable Ronnie Abrams, United States District Judge, and a jury on March 17, 2021, and at the conclusion of the trial on March 19, 2021, the jury having returned a verdict in favor of the Defendant, it is,

**ORDERED, ADJUDGED AND DECREED:** That the Complaint be and is hereby dismissed.

**DATED:**    New York, NY
                 March 22, 2021

SO ORDERED.

*/s/ RA*
Hon. Ronnie Abrams
United States District Judge

**RUBY J. KRAJICK**

**Clerk of Court**

BY: */s/ Mango*
      **Deputy Clerk**